IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BOBBIE CAMPBELL**, | Civil File No. 10-CV-2614-KHV/JPO |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| **FOCUS RECEIVABLES MANAGEMENT, LLC**, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Bobbie Campbell, and the defendant, Focus Receivables Management, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated:  April 20, 2011            By  /s/J. Mark Meinhardt
                                  J. Mark Meinhardt
                                  4707 College Boulevard, Suite 100
                                  Leawood, KS  66211
                                  (913) 451-9797
                                  (913) 451-6163 (fax)
                                  ATTORNEY FOR PLAINTIFF


Dated:  April 20, 2011            By  /s/Robert A. Hammeke
                                  Robert A. Hammeke, #19707
                                  Husch Blackwell LLP
                                  4801 Main Street, Suite 1000
                                  Kansas City, Missouri 64112
                                  (816) 983-8000
                                  (816) 983-8080 (fax)
                                  ATTORNEY FOR DEFENDANT